## Mowrey Estate.

Argued May 5, 1970. Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Lawrence Sager,* with him *Louis Sager,* and *Sager & Sager Associates,* for appellant.

*Albert H. Friedman,* with him *Claude B. Wagoner,* for appellee.

OPINION PER CURIAM, January 7, 1971:
Decree affirmed. Costs on appellant.
Mr. Justice COHEN took no part in the decision of this case.